No. 287. FEDERAL GAS & FUEL COMPANY *v.* CITY OF COLUMBUS, OHIO. Error to the Supreme Court of the State of Ohio. Motion to dismiss or affirm submitted January 7, 1919. Decided January 13, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 599; *Municipal Securities Corporation* v.

*Kansas City,* 246 U. S. 63, 69; *Cuyahoga River Power Co.*
v. *Northern Realty Co.,* 244 U. S. 300, 304; *Bilby* v. *Stewart,*
246 U. S. 255, 257. *Mr. Henry A. Williams, Mr. Freeman
T. Eagleson* and *Mr. L. B. Denning* for plaintiff in error.
*Mr. Henry L. Scarlett* for defendant in error.